# Magnolia Marine Transport Company
## Tankerman Performance Evaluation Form

[Print Form]

RECEIVED JUN 24 2012 MAGNOLIA MARINE

Name: Jamal Flowers          Evaluation Date: June 20, 2013

Vessel: Jody McMinn

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments. Do not allow your judgement in one category influence your judgment on others.

### 1. Safety

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Demonstrates safe work practices aboard the boat and barges. | | X | |

### 2. Job Performance (Boat):

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Completes cleanup duties. | | X | |
| Completes watch change duties including waking up crew, making coffee, and relieving on time. | | X | |

### 2. Job Performance (Tow):

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio) | | X | |
| Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, and take cargo temperatures. | | X | |

### 3. Work Behaviors:

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Shows a willingness to work. | | X | |
| Works well with others. | | X | |
| Takes criticism and direction well. | | X | |
| Adapts to different work environments and conditions. | | X | |
| Stays aboard the barge during cargo transfers. | | X | |

### 4. Hygiene:

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes) | X | | |
| Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away) | | X | |

### 5. Overall Job Performance:

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Works in a manner that reflects a desire to do the best job possible. | | X | |

Mate's Signature: _[signature]_

Captain's Signature: _[signature]_

Tankerman's Signature: _[signature]_

Date: 6-20-13

4/20/10

**Exhibit 3**

MMT 000154

Magnolia Marine Transport Company
Tankerman Performance Evaluation Form

[Print Form]

Name: _Jamal Flowers_

Vessel: _Jody McMinn_

JUL 23 2013

Evaluation Date: _July 18, 2013_

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments. Do not allow your judgement in one category influence your judgment on others.

## 1. Safety

| | | | |
|---|---|---|---|
| Demonstrates safe work practices aboard the boat and barges. | ☒ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

## 2. Job Performance (Boat):

| | | | |
|---|---|---|---|
| Completes cleanup duties. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Completes watch change duties including waking up crew, making coffee, and relieving on time. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |

## 2. Job Performance (Tow):

| | | | |
|---|---|---|---|
| Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio) | ☐ Exceeds Expectations | ☐ Meets Expectations | ☒ Does Not Meet Expectations |
| Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, and take cargo temperatures. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |

## 3. Work Behaviors:

| | | | |
|---|---|---|---|
| Shows a willingness to work. | ☒ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Works well with others. | ☒ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Takes criticism and direction well. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Adapts to different work environments and conditions. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Stays aboard the barge during cargo transfers. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |

## 4. Hygiene:

| | | | |
|---|---|---|---|
| Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes) | ☒ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away) | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |

## 5. Overall Job Performance:

| | | | |
|---|---|---|---|
| Works in a manner that reflects a desire to do the best job possible. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |

Mate's Signature _Joshua Williams_

Captain's Signature _[signature]_

Tankerman's Signature _[signature]_

Date _July 18, 2013_

4/20/10

MMT 000155

# Magnolia Marine Transport Company
## Tankerman Performance Evaluation Form

[ Print Form ]

Name: JAMAL FLOWERS

Evaluation Date: 11-4-13

Vessel: JODY MCMINN

RECEIVED
NOV 8 2013
MAGNOLIA MARINE

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments. Do not allow your judgement in one category influence your judgment on others.

### 1. Safety

| | | |
|---|---|---|
| Demonstrates safe work practices aboard the boat and barges. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |

### 2. Job Performance (Boat):

| | | | |
|---|---|---|---|
| Completes cleanup duties. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Completes watch change duties including waking up crew, making coffee, and relieving on time. | ☒ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

### 2. Job Performance (Tow):

| | | | |
|---|---|---|---|
| Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio) | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, and take cargo temperatures. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |

### 3. Work Behaviors:

| | | | |
|---|---|---|---|
| Shows a willingness to work. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Works well with others. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Takes criticism and direction well. | ☒ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Adapts to different work environments and conditions. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Stays aboard the barge during cargo transfers. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |

### 4. Hygiene:

| | | | |
|---|---|---|---|
| Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes) | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away) | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |

### 5. Overall Job Performance:

| | | | |
|---|---|---|---|
| Works in a manner that reflects a desire to eptu t ict tulpc iqptt jcini/ | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |

Mate's sign.

Capt sign: 

TKM sign.

Date 11-4-13

503102

MMT 000156

Magnolia Marine Transport Company
Mate/Relief Mate Performance Evaluation Form

Name: *JAMAL FLOWERS*          Evaluation Date: *Aug 6, 2014*

Vessel: *JODY McMINN*          Position: *RELIEF MATE*

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments. Do not allow your judgement in one category influence your judgment on others.

1. **Safety**

| | | | |
|---|---|---|---|
| Demonstrates safe work practices aboard the boat and barges. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

2. **Job Performance (Tow):**

| | | | |
|---|---|---|---|
| Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio) | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, take cargo temperatures. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

3. **Leadership:**

| | | | |
|---|---|---|---|
| Shows the desire and ability to train the deck crew. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Directs and supervises the crew in the upkeep of the boat including cleaning and painting, etc. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Directs and supervises the crew in the upkeep of the tow including checking tow, taking temperatures, running hot oil heaters, painting barges etc. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Directs the crew in the making tow, making a lock, making a dock, connecting cargo hoses, transferring cargo to and from a barge, fuel a barge, etc. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Effectively communicates with Wheelhouse personnel and can put their directives into practice. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

4. **Work Behaviors:**

| | | | |
|---|---|---|---|
| Show a willingness to work. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Leads the deck crew by example. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Works well with others. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Takes criticism well. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

MMT 000157

| Can adapt to different work environments and conditions. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Stays aboard the barge during cargo transfers. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

**5. Hygiene:**

| Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes) | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away) | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

**6. Overall Job Performance:**

| Works in a manner that reflects a desire to do the best job possible . | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

Comments

JAMAL IS AN ASSET TO THE BOAT. HE IS IN LINE FOR A MATE'S POSITION. HE IS A GOOD LEADER AND IS A PROFESSIONAL IN THE WAY HE TREATS OTHERS, AND IN HIS ABILITY TO GET THE JOB DONE.

| Mate's Signature | *Joshua Williams* | Relief Mate's Signature | *Jamal Fley* |
| Captain's Signature | *[signature]* | Date | Aug 6, 2014 |

4/20/10

MMT 000158

# Magnolia Marine Transport Company
## Mate/(Relief Mate) Performance Evaluation Form

[Print Form]

Name: JAMAL FLOWERS

Evaluation Date: JAN. 30, 2015

Vessel: "JODY M'MINN"

Position: R/MATE

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments. Do not allow your judgement in one category influence your judgment on others.

### 1. Safety

| | | | |
|---|---|---|---|
| Demonstrates safe work practices aboard the boat and barges. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

### 2. Job Performance (Tow):

| | | | |
|---|---|---|---|
| Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio) | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, take cargo temperatures. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

### 3. Leadership:

| | | | |
|---|---|---|---|
| Shows the desire and ability to train the deck crew. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Directs and supervises the crew in the upkeep of the boat including cleaning and painting, etc. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Directs and supervises the crew in the upkeep of the tow including checking tow, taking temperatures, running hot oil heaters, painting barges etc. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Directs the crew in the making tow, making a lock, making a dock, connecting cargo hoses, transferring cargo to and from a barge, fuel a barge, etc. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Effectively communicates with Wheelhouse personnel and can put their directives into practice. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

### 4. Work Behaviors:

| | | | |
|---|---|---|---|
| Show a willingness to work. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Leads the deck crew by example. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Works well with others. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Takes criticism well. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

MMT 000159

| | | | |
|---|---|---|---|
| Can adapt to different work environments and conditions. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Stays aboard the barge during cargo transfers. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

**5. Hygiene:**

| | | | |
|---|---|---|---|
| Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes) | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away) | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

**6. Overall Job Performance:**

| | | | |
|---|---|---|---|
| Works in a manner that reflects a desire to do the best job possible . | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

Comments

JAMAL IS A "TEAM" CREW MEMBER. HIS ATTITUDE IN WORKING WITH OTHERS AND GETTING THE JOB DONE CORRECTLY IS HIS STRONG POINT. HAS ROOM FOR IMPROVEMENT IN WORKING ON TASKS IN A "TIMELY" MANNER ( I.E. PHONE USSAGE) BUT DOES TAKE HIS JOB SERIOUSLY. RECOMMEND ADVANCEMENT TO MATE.

H.P. JR.

* 2-7-15 — TRIAL PERIOD AS MATE - 90 DAYS *

| | | | |
|---|---|---|---|
| Mate's Signature | Joshua William | Relief Mate's Signature | Jamal Flores |
| Captain's Signature | N. D. Carlos G. | Date | JAN. 30, 2015 |

# Magnolia Marine Transport Company
## Mate/ Relief Mate Performance Evaluation Form

[ Print Form ]

Name: _Jamal Flowers_                     Evaluation Date: _SEPT. 18, 2015_

Vessel: _M/V Jody M'Minn_                 Position: _MATE_

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments. Do not allow your judgement in one category influence your judgment on others.

### 1. Safety

Demonstrates safe work practices aboard the boat and barges.
- [ ] Exceeds Expectations
- [x] Meets Expectations
- [ ] Does Not Meet Expectations

### 2. Job Performance (Tow):

Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio)
- [x] Exceeds Expectations
- [ ] Meets Expectations
- [ ] Does Not Meet Expectations

Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, take cargo temperatures.
- [ ] Exceeds Expectations
- [x] Meets Expectations
- [ ] Does Not Meet Expectations

### 3. Leadership:

Shows the desire and ability to train the deck crew.
- [ ] Exceeds Expectations
- [x] Meets Expectations
- [ ] Does Not Meet Expectations

Directs and supervises the crew in the upkeep of the boat including cleaning and painting, etc.
- [ ] Exceeds Expectations
- [x] Meets Expectations
- [ ] Does Not Meet Expectations

Directs and supervises the crew in the upkeep of the tow including checking tow, taking temperatures, running hot oil heaters, painting barges etc.
- [ ] Exceeds Expectations
- [x] Meets Expectations
- [ ] Does Not Meet Expectations

Directs the crew in the making tow, making a lock, making a dock, connecting cargo hoses, transferring cargo to and from a barge, fuel a barge, etc.
- [ ] Exceeds Expectations
- [x] Meets Expectations
- [ ] Does Not Meet Expectations

Effectively communicates with Wheelhouse personnel and can put their directives into practice.
- [ ] Exceeds Expectations
- [x] Meets Expectations
- [ ] Does Not Meet Expectations

### 4. Work Behaviors:

Show a willingness to work.
- [ ] Exceeds Expectations
- [x] Meets Expectations
- [ ] Does Not Meet Expectations

Leads the deck crew by example.
- [ ] Exceeds Expectations
- [x] Meets Expectations
- [ ] Does Not Meet Expectations

Works well with others.
- [x] Exceeds Expectations
- [ ] Meets Expectations
- [ ] Does Not Meet Expectations

Takes criticism well.
- [ ] Exceeds Expectations
- [x] Meets Expectations
- [ ] Does Not Meet Expectations

MMT-000161

| | | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|---|
| Can adapt to different work environments and conditions. | | ☐ | ☒ | ☐ |
| Stays aboard the barge during cargo transfers. | | ☐ | ☒ | ☐ |

**5. Hygiene:**

| | | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|---|
| Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes) | | ☐ | ☒ | ☐ |
| Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away) | | ☐ | ☒ | ☐ |

**6. Overall Job Performance:**

| | | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|---|
| Works in a manner that reflects a desire to do the best job possible. | | ☐ | ☒ | ☐ |

Comments

Mate's Signature

Relief Mate's Signature

Captain's Signature

Date  Sept 18, 2015

MMT 000162   4/20/10

# Magnolia Marine Transport Company
## Mate/ Relief Mate Performance Evaluation Form

[ Print Form ]

Name: *Jamal Flowers*       Evaluation Date: *Feb. 6, 2016*

Vessel: *Jody M'Minn*       Position: *Mate*

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments
Do not allow your judgement in one category influence your judgment on others.

---

### 1. Safety

Demonstrates safe work practices aboard the boat and barges.
☐ Exceeds Expectations    ☑ Meets Expectations    ☐ Does Not Meet Expectations

### 2. Job Performance (Tow):

Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio)
☐ Exceeds Expectations    ☑ Meets Expectations    ☐ Does Not Meet Expectations

Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, take cargo temperatures.
☑ Exceeds Expectations    ☐ Meets Expectations    ☐ Does Not Meet Expectations

### 3. Leadership:

Shows the desire and ability to train the deck crew.
☐ Exceeds Expectations    ☑ Meets Expectations    ☐ Does Not Meet Expectations

Directs and supervises the crew in the upkeep of the boat including cleaning and painting, etc.
☐ Exceeds Expectations    ☑ Meets Expectations    ☐ Does Not Meet Expectations

Directs and supervises the crew in the upkeep of the tow including checking tow, taking temperatures, running hot oil heaters, painting barges etc.
☐ Exceeds Expectations    ☑ Meets Expectations    ☐ Does Not Meet Expectations

Directs the crew in the making tow, making a lock, making a dock, connecting cargo hoses, transferring cargo to and from a barge, fuel a barge, etc.
☐ Exceeds Expectations    ☑ Meets Expectations    ☐ Does Not Meet Expectations

Effectively communicates with Wheelhouse personnel and can put their directives into practice.
☐ Exceeds Expectations    ☑ Meets Expectations    ☐ Does Not Meet Expectations

### 4. Work Behaviors:

Show a willingness to work.
☐ Exceeds Expectations    ☑ Meets Expectations    ☐ Does Not Meet Expectations

Leads the deck crew by example.
☐ Exceeds Expectations    ☑ Meets Expectations    ☐ Does Not Meet Expectations

Works well with others.
☐ Exceeds Expectations    ☑ Meets Expectations    ☐ Does Not Meet Expectations

Takes criticism well.
☐ Exceeds Expectations    ☑ Meets Expectations    ☐ Does Not Meet Expectations

MMT 000163

| Can adapt to different work environments and conditions. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Stays aboard the barge during cargo transfers. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

## 5. Hygiene:

| Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes) | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away) | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

## 6. Overall Job Performance:

| Works in a manner that reflects a desire to do the best job possible . | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

Comments

Mate's Signature _____

Relief Mate's Signature _____

Captain's Signature _____

Date    Feb 5, 2016

4/20/10

MMT 000164

Magnolia Marine Transport Company
Mate/Relief Mate Performance Evaluation Form

[Print Form]

Name: _Jamal Flowers_   Evaluation Date: _Sep. 11, 2016_

Vessel: _Jody McMinn_   Position: _Mate_

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments. Do not allow your judgement in one category influence your judgment on others.

---

1. **Safety**

   Demonstrates safe work practices aboard the boat and barges.   ☑ Exceeds Expectations   ☐ Meets Expectations   ☐ Does Not Meet Expectations

2. **Job Performance (Tow):**

   Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio)   ☐ Exceeds Expectations   ☑ Meets Expectations   ☐ Does Not Meet Expectations

   Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, take cargo temperatures.   ☑ Exceeds Expectations   ☐ Meets Expectations   ☐ Does Not Meet Expectations

3. **Leadership:**

   Shows the desire and ability to train the deck crew.   ☐ Exceeds Expectations   ☑ Meets Expectations   ☐ Does Not Meet Expectations

   Directs and supervises the crew in the upkeep of the boat including cleaning and painting, etc.   ☐ Exceeds Expectations   ☑ Meets Expectations   ☐ Does Not Meet Expectations

   Directs and supervises the crew in the upkeep of the tow including checking tow, taking temperatures, running hot oil heaters, painting barges etc.   ☐ Exceeds Expectations   ☑ Meets Expectations   ☐ Does Not Meet Expectations

   Directs the crew in the making tow, making a lock, making a dock, connecting cargo hoses, transferring cargo to and from a barge, fuel a barge, etc.   ☐ Exceeds Expectations   ☑ Meets Expectations   ☐ Does Not Meet Expectations

   Effectively communicates with Wheelhouse personnel and can put their directives into practice.   ☐ Exceeds Expectations   ☑ Meets Expectations   ☐ Does Not Meet Expectations

4. **Work Behaviors:**

   Show a willingness to work.   ☐ Exceeds Expectations   ☑ Meets Expectations   ☐ Does Not Meet Expectations

   Leads the deck crew by example.   ☐ Exceeds Expectations   ☑ Meets Expectations   ☐ Does Not Meet Expectations

   Works well with others.   ☑ Exceeds Expectations   ☐ Meets Expectations   ☐ Does Not Meet Expectations

   Takes criticism well.   ☑ Exceeds Expectations   ☐ Meets Expectations   ☐ Does Not Meet Expectations

MMT 000165

| | | | | | |
|---|---|---|---|---|---|
| Can adapt to different work environments and conditions. | ☐ | Exceeds Expectations | ☑ | Meets Expectations | ☐ Does Not Meet Expectations |
| Stays aboard the barge during cargo transfers. | ☐ | Exceeds Expectations | ☑ | Meets Expectations | ☐ Does Not Meet Expectations |

## 5. Hygiene:

| | | | | | |
|---|---|---|---|---|---|
| Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes) | ☑ | Exceeds Expectations | ☐ | Meets Expectations | ☐ Does Not Meet Expectations |
| Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away) | ☑ | Exceeds Expectations | ☐ | Meets Expectations | ☐ Does Not Meet Expectations |

## 6. Overall Job Performance:

| | | | | | |
|---|---|---|---|---|---|
| Works in a manner that reflects a desire to do the best job possible . | ☐ | Exceeds Expectations | ☑ | Meets Expectations | ☐ Does Not Meet Expectations |

Comments

> DISCUSSED A FEW ISSUES WITH JAMAL
> I.E. PHONE USAGE AND LEADERSHIP.
> HE IS RESOLVED TO CHANGE THE
> BEHAVIOR AND COME AHEAD.   H.P.

| Mate's Signature | *Jamal Howard* | Relief Mate's Signature | |
|---|---|---|---|
| Captain's Signature | *[signature]* | Date | *April 11, 2016* |

4/20/10

MMT 000166

# Magnolia Marine Transport Company
## Tankerman Performance Evaluation Form

[ Print Form ]

Name: Jamal Flowers

Evaluation Date: 8-3-2017

Vessel: Ana Louise

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments. Do not allow your judgement in one category influence your judgment on others.

### 1. Safety

Demonstrates safe work practices aboard the boat and barges.
- ☐ Exceeds Expectations
- ☑ Meets Expectations
- ☐ Does Not Meet Expectations

### 2. Job Performance (Boat):

Completes cleanup duties.
- ☐ Exceeds Expectations
- ☑ Meets Expectations
- ☐ Does Not Meet Expectations

Completes watch change duties including waking up crew, making coffee, and relieving on time.
- ☐ Exceeds Expectations
- ☑ Meets Expectations
- ☐ Does Not Meet Expectations

### 2. Job Performance (Tow):

Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio)
- ☑ Exceeds Expectations
- ☐ Meets Expectations
- ☐ Does Not Meet Expectations

Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, and take cargo temperatures.
- ☐ Exceeds Expectations
- ☑ Meets Expectations
- ☐ Does Not Meet Expectations

### 3. Work Behaviors:

Shows a willingness to work.
- ☐ Exceeds Expectations
- ☑ Meets Expectations
- ☐ Does Not Meet Expectations

Works well with others.
- ☑ Exceeds Expectations
- ☐ Meets Expectations
- ☐ Does Not Meet Expectations

Takes criticism and direction well.
- ☑ Exceeds Expectations
- ☐ Meets Expectations
- ☐ Does Not Meet Expectations

Adapts to different work environments and conditions.
- ☐ Exceeds Expectations
- ☑ Meets Expectations
- ☐ Does Not Meet Expectations

Stays aboard the barge during cargo transfers.
- ☐ Exceeds Expectations
- ☑ Meets Expectations
- ☐ Does Not Meet Expectations

### 4. Hygiene:

Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes)
- ☑ Exceeds Expectations
- ☐ Meets Expectations
- ☐ Does Not Meet Expectations

Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away)
- ☑ Exceeds Expectations
- ☐ Meets Expectations
- ☐ Does Not Meet Expectations

### 5. Overall Job Performance:

Works in a manner that reflects a desire to do the best job possible.
- ☐ Exceeds Expectations
- ☑ Meets Expectations
- ☐ Does Not Meet Expectations

Relief
Mate's Signature: _(signature)_

Tankerman's Signature: _(signature)_

Captain's Signature: _(signature)_

Date: 8-3-2017

4/20/10

MMT 000167

# Magnolia Marine Transport Company
## Mate/ Relief Mate Performance Evaluation Form

Name: _Jamal Flowers_          Evaluation Date: _6/14/18_

Vessel: _Mari Compton_          Position: _Mate_

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments. Do not allow your judgement in one category influence your judgment on others.

### Safety

| Demonstrates safe work practices aboard the boat and barges. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
|---|---|---|---|

### Job Performance (Tow):

| Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio) | ☒ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
|---|---|---|---|
| Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, take cargo temperatures. | ☒ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

### Leadership:

| Shows the desire and ability to train the deck crew. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
|---|---|---|---|
| Directs and supervises the crew in the upkeep of the boat including cleaning and painting, etc. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Directs and supervises the crew in the upkeep of the tow including checking tow, taking temperatures, running hot oil heaters, painting barges etc. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Directs the crew in the making tow, making a lock, making a dock, connecting cargo hoses, transferring cargo to and from a barge, fuel a barge, etc. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Effectively communicates with Wheelhouse personnel and can put their directives into practice. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |

### Work Behaviors:

| Show a willingness to work. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
|---|---|---|---|
| Leads the deck crew by example. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Works well with others. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Takes criticism well. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |

1

10/20/2017

MMT 000168

| | | | |
|---|---|---|---|
| Can adapt to different work environments and conditions. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Stays aboard the barge during cargo transfers. | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |

**Hygiene:**

| | | | |
|---|---|---|---|
| Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes) | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |
| Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away) | ☐ Exceeds Expectations | ☒ Meets Expectations | ☐ Does Not Meet Expectations |

**Overall Job Performance:**

| | | | |
|---|---|---|---|
| Works in a manner that reflects a desire to do the best job possible. | ☒ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

**Training:**

| | | |
|---|---|---|
| Employee is trained to perform the duties of their assigned position? | ☒ Yes | ☐ No |

(if no, identify specific additional training needs in the comment section below)

**Comments:**

Jamal is a excellant mate - *[signature]* cpt.

| | | | |
|---|---|---|---|
| Mate's Signature | *[signature]* | Relief Mate's Signature | |
| Captain's Signature | *[signature]* | Date | 6/14/18 |

2

10/20/2017

MMT 000169

## Magnolia Marine Transport Company
## Tankerman Performance Evaluation Form

Name: Jamal Flowers                                    Evaluation Date: 3\21\19

Vessel: Katherine Berry

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments. Do not allow your judgement in one category influence your judgment on others.

### Safety

| | | | |
|---|---|---|---|
| Demonstrates safe work practices aboard the boat and barges. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

### Job Performance (Boat):

| | | | |
|---|---|---|---|
| Completes cleanup duties. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Completes watch change duties including waking up crew, making coffee, and relieving on time. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

### Job Performance (Tow):

| | | | |
|---|---|---|---|
| Consistently demonstrates the skills and knowledge required to successfully work aboard the tow (make tow, lay wires, check tow, make locks and docks, check hot oil heaters, communicate on VHF portable radio). | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, and take cargo temperatures. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

### Work Behaviors:

| | | | |
|---|---|---|---|
| Shows a willingness to work. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Works well with others. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Takes criticism and direction well. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Adapts to different work environments and conditions. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Stays aboard the barge during cargo transfers. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

### Hygiene:

| | | | |
|---|---|---|---|
| Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes) | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away) | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

### Overall Job Performance:

| | | | |
|---|---|---|---|
| Works in a manner that reflects a desire to do the best job possible. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

### Training:

| | | | |
|---|---|---|---|
| Employee is trained to perform the duties of their assigned position? | ☑ Yes | ☐ No | |

If no, identify specific additional training needs in the comment section (below).

1.                                        10/20/2017

MMT 000170

Comments:

I know you are a mate but riding as a tankerman for us at the moment. Over all you have been grate to have with us way better than I had hoped . You have a good working knowledge of the deck and an up beat attitude. You have done everything that was asked of you in a timely manner. You done your job tasks right the first time and took care of other things without being asked. I hope to work with you more.

Mate's Signature

Tankerman's Signature

Captain's Signature

Date    3-21-19

MMT 000171

Magnolia Marine              Company
Tankerman Performance Evaluation Form

Name: Jamal Flowers

Evaluation Date: 3\21\19

Vessel: Katherine Berry

**Instructions**: Evaluate the employee on each category as it relates to the appraisal period's work assignments.
Do not allow your judgement in one category influence your judgment on others.

## Safety

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Demonstrates safe work practices aboard the boat and barges | ☐ | ☑ | ☐ |

## Job Performance (Boat):

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Completes cleanup duties. | ☐ | ☑ | ☐ |
| Completes watch change duties including waking up crew, making coffee, and relieving on time. | ☐ | ☑ | ☐ |

## Job Performance (Tow):

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio). | ☐ | ☑ | ☐ |
| Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, and take cargo temperatures. | ☐ | ☑ | ☐ |

## Work Behaviors:

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Shows a willingness to work. | ☐ | ☑ | ☐ |
| Works well with others. | ☐ | ☑ | ☐ |
| Takes criticism and direction well. | ☐ | ☑ | ☐ |
| Adapts to different work environments and conditions. | ☐ | ☑ | ☐ |
| Stays aboard the barge during cargo transfers. | ☐ | ☑ | ☐ |

## Hygiene:

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes) | ☐ | ☑ | ☐ |
| Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away) | ☐ | ☑ | ☐ |

## Overall Job Performance:

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Works in a manner that reflects a desire to do the best job possible. | ☐ | ☑ | ☐ |

## Training:

| | Yes | No |
|---|---|---|
| Employee is trained to perform the duties of their assigned position? | ☑ | ☐ |

(If no, identify specific additional training needs in the comment section below)

MMT 000172

**Comments:**

I know you are a mate but riding as a tankerman for us at the moment. Over all you have been grate to have with us way better than I had hoped. You have a good working knowledge of the deck and an up beat attitude. You have done everything that was asked of you in a timely manner. You done your job tasks right the first time and took care of other things without being asked. I hope to work with you more.

Master's Signature

Captain's Signature

Tankerman's Signature

Date    3-21-19

10/20/2017

MMT 000173

# Magnolia Marine Transport Company
## Mate/ Relief Mate Performance Evaluation Form

Name: Jamal Flowers                          Evaluation Date: 6/21/19

Vessel: Lester Cruse                          Position: Mate

**Instructions**: Evaluate the employee on each category as it relates to the appraisal period's work assignments. Do not allow your judgement in one category influence your judgment on others.

**Safety**

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Demonstrates safe work practices aboard the boat and barges. | ☐ | ☑ | ☐ |

**Job Performance (Tow):**

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio) | ☐ | ☑ | ☐ |
| Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, take cargo temperatures. | ☐ | ☑ | ☐ |

**Leadership:**

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Shows the desire and ability to train the deck crew. | ☐ | ☑ | ☐ |
| Directs and supervises the crew in the upkeep of the boat including cleaning and painting, etc. | ☐ | ☑ | ☐ |
| Directs and supervises the crew in the upkeep of the tow including checking tow, taking temperatures, running hot oil heaters, painting barges etc. | ☐ | ☑ | ☐ |
| Directs the crew in the making tow, making a lock, making a dock, connecting cargo hoses, transferring cargo to and from a barge, fuel a barge, etc. | ☐ | ☑ | ☐ |
| Effectively communicates with Wheelhouse personnel and can put their directives into practice. | ☐ | ☑ | ☐ |

**Work Behaviors:**

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|
| Show a willingness to work. | ☐ | ☑ | ☐ |
| Leads the deck crew by example. | ☐ | ☑ | ☐ |
| Works well with others. | ☐ | ☑ | ☐ |
| Takes criticism well. | ☐ | ☑ | ☐ |

MMT 000174

| Can adapt to different work environments and conditions. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |
| Stays aboard the barge during cargo transfers. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

**Hygiene:**

| Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes) | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away) | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

**Overall Job Performance:**

| Works in a manner that reflects a desire to do the best job possible. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

**Training:**

| Employee is trained to perform the duties of their assigned position? | ☑ Yes | ☐ No |

(If no, identify specific additional training needs in the comment section below)

**Comments:**

Mate's Signature: _____

Relief Mate's Signature: _____

Captain's Signature: _____

Date: 6/21/19

10/20/2017

MMT 000175

Flowers, Jamal

# Magnolia Marine Transport Company
## Mate/ Relief Mate Performance Evaluation Form

Name: Jamal Flowers          Evaluation Date: 5/25/21

Vessel: Dennis Ross          Position: Relief Mate

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments. Do not allow your judgement in one category influence your judgment on others.

## Safety

| | | |
|---|---|---|
| Demonstrates safe work practices aboard the boat and barges. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

## Job Performance (Tow):

| | | |
|---|---|---|
| Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio) | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, take cargo temperatures. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

## Leadership:

| | | |
|---|---|---|
| Shows the desire and ability to train the deck crew. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Directs and supervises the crew in the upkeep of the boat including cleaning and painting, etc. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Directs and supervises the crew in the upkeep of the tow including checking tow, taking temperatures, running hot oil heaters, painting barges etc. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Directs the crew in the making tow, making a lock, making a dock, connecting cargo hoses, transferring cargo to and from a barge, fuel a barge, etc. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Effectively communicates with Wheelhouse personnel and can put their directives into practice. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

## Work Behaviors:

| | | |
|---|---|---|
| Show a willingness to work. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Leads the deck crew by example. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Works well with others. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Takes criticism well. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

1

10/20/2017

| | | | | |
|---|---|---|---|---|
| Can adapt to different work environments and conditions. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Stays aboard the barge during cargo transfers. | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

**Hygiene:**

| | | | | |
|---|---|---|---|---|
| Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes) | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |
| Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away) | ☐ Exceeds Expectations | ☑ Meets Expectations | ☐ Does Not Meet Expectations |

**Overall Job Performance:**

| | | | | |
|---|---|---|---|---|
| Works in a manner that reflects a desire to do the best job possible. | ☑ Exceeds Expectations | ☐ Meets Expectations | ☐ Does Not Meet Expectations |

**Training:**

| | | | |
|---|---|---|---|
| Employee is trained to perform the duties of their assigned position? | ☑ Yes | ☐ No |

(if no, identify specific additional training needs in the comment section below)

**Comments:**

Jamal's knowledge of the wheelhouse plays a huge role in tow work and maneuvering of the vessel & barges. He is a great asset to have on deck. Jamal has steered for me and does a good job at the helm.

| | | | |
|---|---|---|---|
| Mate's Signature | *[signature]* | Relief Mate's Signature | |
| Captain's Signature | *[signature]* | Date | 5/25/21 |

2

10/20/2017

MMT 000177

**Magnolia Marine Transport Company**
**Green Deckhand Performance Evaluation Form**

RECEIVED

Print Form

Name: Jamil Flowers          JUN 10 2011   Evaluation Date: 6-9-11

Vessel: Valda

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments.
Do not allow your judgement in one category influence your judgment on others.
Green Deckhands should be evaluated during the last week of their first 30 day trip.

1. **Safety**

Employee has learned MMT's Safety Rules Policy.
(read safety rules, viewed safety tapes)           ☒ Yes          ☐ No

Demonstrates safe work practices aboard the boat
and barges.                                        ☐ Exceeds Expectations    ☒ Meets Expectations    ☐ Does Not Meet Expectations

2. **Job Performance (Boat):**

Completes cleanup duties.                          ☐ Exceeds Expectations    ☒ Meets Expectations    ☐ Does Not Meet Expectations

Completes watch change duties.
(Wakes up crew, makes coffee, relieves on time)    ☐ Exceeds Expectations    ☒ Meets Expectations    ☐ Does Not Meet Expectations

3. **Work Behaviors:**

Shows a willingness to learn the job.              ☒ Exceeds Expectations    ☐ Meets Expectations    ☐ Does Not Meet Expectations

Shows a willingness to work.                       ☒ Exceeds Expectations    ☐ Meets Expectations    ☐ Does Not Meet Expectations

Works well with others.                            ☒ Exceeds Expectations    ☐ Meets Expectations    ☐ Does Not Meet Expectations

Takes criticism and direction well.                ☒ Exceeds Expectations    ☐ Meets Expectations    ☐ Does Not Meet Expectations

Employee is starting to learn decking skills.
(catching towing, backing, breast leads, learning to
use a bumper, and learning to make tow)            ☒ Exceeds Expectations    ☐ Meets Expectations    ☐ Does Not Meet Expectations

4. **Hygiene:**

Has good personal hygiene.
(Takes daily showers, brushes teeth, washes clothes)  ☐ Exceeds Expectations    ☒ Meets Expectations    ☐ Does Not Meet Expectations

Keeps his personal quarters clean and orderly.
(washes bed linens, puts personal gear away)       ☐ Exceeds Expectations    ☒ Meets Expectations    ☐ Does Not Meet Expectations

5. **Overall Job Performance:**

Works in a manner that reflects a desire to do the
best job possible.                                 ☒ Exceeds Expectations    ☐ Meets Expectations    ☐ Does Not Meet Expectations

Mate's Signature _____   Deckhand's Signature _____

Captain's Signature _____   Date   6-9-11

4/20/10

MMT 000178

# Magnolia Marine Transport Company
## Deckhand Performance Evaluation Form

RECEIVED

NOV 2 8 2011

MAGNOLIA MARINE

Print Form

Name: Jamal Flowers

Evaluation Date: Nov 16, 2011

Vessel: M/V Valda

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments. Do not allow your judgement in one category influence your judgment on others.

## 1. Safety

Demonstrates safe work practices aboard the boat and barges.
☐ Exceeds Expectations   ☒ Meets Expectations   ☐ Does Not Meet Expectations

## 2. Job Performance (Boat):

Completes cleanup duties.
☐ Exceeds Expectations   ☒ Meets Expectations   ☐ Does Not Meet Expectations

Completes watch change duties including waking up crew, making coffee, and relieving on time.
☐ Exceeds Expectations   ☒ Meets Expectations   ☐ Does Not Meet Expectations

## 2. Job Performance (Tow):

Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio)
☐ Exceeds Expectations   ☒ Meets Expectations   ☐ Does Not Meet Expectations

## 3. Work Behaviors:

Shows a willingness to work.
☒ Exceeds Expectations   ☐ Meets Expectations   ☐ Does Not Meet Expectations

Works well with others.
☒ Exceeds Expectations   ☐ Meets Expectations   ☐ Does Not Meet Expectations

Takes criticism well.
☒ Exceeds Expectations   ☐ Meets Expectations   ☐ Does Not Meet Expectations

Can adapt to different work environments and conditions.
☐ Exceeds Expectations   ☒ Meets Expectations   ☐ Does Not Meet Expectations

## 4. Hygiene:

Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes)
☐ Exceeds Expectations   ☒ Meets Expectations   ☐ Does Not Meet Expectations

Keeps personal quarters clean and orderly. (washes bed linens, puts personal gear away)
☐ Exceeds Expectations   ☒ Meets Expectations   ☐ Does Not Meet Expectations

## 5. Overall Job Performance:

Works in a manner that reflects a desire to do the best
☐ Exceeds Expectations   ☒ Meets Expectations   ☐ Does Not Meet Expectations

Mate's Signature

Deckhand's Signature

Captain's Signature

Date   11/ 16/ 11

4/20/10

MMT 000179

**Magnolia Marine Transport Company**
**Tankerman Performance Evaluation Form**

| Print Form |
|---|

**Name:** Jamal Flowers

**Vessel:** Mark Shurden

Evaluation Date: OCT 22 2012

**Instructions:** Evaluate the employee on each category as it relates to the appraisal period's work assignments. Do not allow your judgement in one category influence your judgment on others.

---

**1. Safety**

Demonstrates safe work practices aboard the boat and barges.
[✓] Exceeds Expectations   [ ] Meets Expectations   [ ] Does Not Meet Expectations

**2. Job Performance (Boat):**

Completes cleanup duties.
[ ] Exceeds Expectations   [✓] Meets Expectations   [ ] Does Not Meet Expectations

Completes watch change duties including waking up crew, making coffee, and relieving on time.
[ ] Exceeds Expectations   [ ] Meets Expectations   [ ] Does Not Meet Expectations

**2. Job Performance (Tow):**

Consistently demonstrates the skills and knowledge required to successfully work aboard the tow. (make tow, lay wires, check tow, make locks and docks, check hot oil heaters communicate on VHF portable radio)
[ ] Exceeds Expectations   [✓] Meets Expectations   [ ] Does Not Meet Expectations

Consistently demonstrates the ability to successfully transfer cargo to and from a barge, service hot oil heaters, and take cargo temperatures.
[ ] Exceeds Expectations   [✓] Meets Expectations   [ ] Does Not Meet Expectations

**3. Work Behaviors:**

Shows a willingness to work.
[✓] Exceeds Expectations   [ ] Meets Expectations   [ ] Does Not Meet Expectations

Works well with others.
[ ] Exceeds Expectations   [✓] Meets Expectations   [ ] Does Not Meet Expectations

Takes criticism and direction well.
[ ] Exceeds Expectations   [✓] Meets Expectations   [ ] Does Not Meet Expectations

Adapts to different work environments and conditions.
[ ] Exceeds Expectations   [✓] Meets Expectations   [ ] Does Not Meet Expectations

Stays aboard the barge during cargo transfers.
[ ] Exceeds Expectations   [✓] Meets Expectations   [ ] Does Not Meet Expectations

**4. Hygiene:**

Has good personal hygiene. (Takes daily showers, brushes teeth, washes clothes)
[✓] Exceeds Expectations   [ ] Meets Expectations   [ ] Does Not Meet Expectations

Keeps his personal quarters clean and orderly. (washes bed linens, puts personal gear away)
[✓] Exceeds Expectations   [ ] Meets Expectations   [ ] Does Not Meet Expectations

**5. Overall Job Performance:**

Works in a manner that reflects a desire to do the best job possible .
[ ] Exceeds Expectations   [✓] Meets Expectations   [ ] Does Not Meet Expectations

---

Mate's Signature

Captain's Signature: Tracy Aiken

Tankerman's Signature: Jamal Flowers

Date: 10-16-12

4/20/10

MMT 000180